UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK C. CHRISTENSON,

    Plaintiff,

v.

WASHINGTON STATE SUPREME COURT,

    Defendant.

Case No. C06-5454 RBL

ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

    Plaintiff has filed an application to proceed in forma pauperis. [Dkt. #1]

    The district court may permit indigent litigants to proceed in forma pauperis upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an application to proceed in forma pauperis. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Additionally, notwithstanding any filing fee, or any portion thereof, the court may dismiss a case at any time if it determines that (A) the allegation of poverty is untrue, or (B) the action is (i) frivolous or malicious, or (ii) fails to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(A) and (B).

    Plaintiff has filed a "Complaint" which contains no allegation of this court's jurisdiction, seeks no relief, and states only that it relates to "appellate actions" having been "filed." The body of the complaint states only that

ORDER
Page - 1

"Your eastern sister tells me of agreement on forms between the courts.  As I am want of your anchor's handiwork please accept the filled out photostatic forms headed with the courts moniker for your records."  Plaintiff's subsequent filings are similarly without substance: "Emblazonment: appeal proscription forbids my communication with this court as regards this action" [Dkt. #3]; and what is apparently a list of complaints about an unidentified  "unanswered petition for writ" [Dkt #4].  See also Dkt. #s 2 and 5.

Because the Plaintiff has not demonstrated the court's jurisdiction, has not identified any parties or causes of action, and has not sought any relief, the action proposed is frivolous. Plaintiff's application for leave to proceed in forma pauperis [Dkt. #1] is therefore DENIED.

DATED this 7th day of September, 2006.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE