HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK C. CHRISTENSON,

    Plaintiff,

v.

WASHINGTON STATE SUPREME COURT,

    Defendant.

Case No. C06-5454RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon several filings by plaintiff.

Having considered the entirety of the records and file herein, the Court rules as follows:

On September 9, 2006 this Court entered an Order Denying Plaintiff's Motion to Proceed *In Forma Pauperis* [Dkt. #6]. Subsequent to that Order, despite the fact plaintiff has not paid the filing fee and thus no complaint is pending before the Court, plaintiff continues to file frivolous pleadings. The Clerk is directed to remove docket numbers 12 and 15 from the Court's motions report. Plaintiff shall have until March 9, 2007 to pay the filing fee. If plaintiff fails to pay the filing fee on or before March 9, 2007 this matter will be DISMISED.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 16th day of February, 2007.

                                                          */s/ Ronald B. Leighton*
                                                        RONALD B. LEIGHTON
                                                        UNITED STATES DISTRICT JUDGE